IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HENRY KEMP,

    Plaintiff,

v.

UNIVERSITY OF CAL., et al.,

    Defendants.

No. C-09-04687 EDL

**ORDER CONTINUING DEADLINES LEADING UP TO CASE MANAGEMENT CONFERENCE**

On December 1, 2009, Defendants' counsel sent a letter to the Court seeking a thirty-day continuance of deadlines leading up to the Case Management Conference currently set for January 12, 2010. Good cause appearing, the deadlines are continued as follows. The last day to: (1) meet and confer regarding initial disclosures, early settlement, ADR selection process and discovery plan; (2) file ADR certification signed by parties; and (3) file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference, is January 22, 2010. The last day to file a Rule 26(f) Report, complete initial disclosures or state objection in the Rule 26(f) Report and file a Case Management Conference Statement per the Court's Standing Order is February 9, 2010. The Case Management Conference is continued to February 16, 2010 at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: December 3, 2009

ELIZABETH D. LAPORTE
United States Magistrate Judge