UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

HENRY KEMP,

        Plaintiff,

  v.

UNIVERSITY OF CA et al,

        Defendant.

Case Number: CV09-04687 EDL

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 4, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Henry Kemp
P.O. Box 14452
San Francisco, CA 94114

Dated: December 4, 2009

Richard W. Wieking, Clerk

By: Lili M. Harrell, Deputy Clerk